UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00018-MR

| | |
|---|---|
| TONY LEE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ) | |
| FNU VICKERY et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of this docket in this matter.

Plaintiff Tony Lee Anderson ("Plaintiff") filed a *pro se* civil action on January 28, 2022 pursuant to 42 U.S.C. § 1983. [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from March 2, 2022 to amend his Complaint in accordance with the terms of the Court's Order.[1] [Doc. 8]. The Court

---

[1] This Order was returned as undeliverable and the Clerk learned that Plaintiff had bonded out on March 2, 2022. The Clerk remailed the returned Order to Plaintiff at his last known

advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 8].

More than 30 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: April 23, 2022

Martin Reidinger
Chief United States District Judge

---

address. [Doc. 10; 3/16/2022 Docket Entry]. It has not been returned. Plaintiff has not notified the Court of his change in address.