# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Tony Lee Anderson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00018-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Vickery, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2022 Order.

April 25, 2022

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court